William A. Earnhart, ASBA 9411099
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
E-mail: wearnhart@richmondquinn.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| PATRICIA A. CLABAUGH,<br><br>        Plaintiff,<br><br>  v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-_____<br>) |

### NOTICE OF REMOVAL

TO:     The United States District Court
          For the District of Alaska

AND TO:   Paul L. Dillon
          DILLON & FINDLEY, PC
          510 L Street, Suite 603
          Anchorage, Alaska 99501

You are hereby notified that, pursuant to 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446, the above defendant, Safeco Insurance Company, has this day filed in the United States District Court for the District of Alaska this Notice of

Removal of the following action: <u>Patricia A. Clabaugh v. Safeco Insurance Company of Illinois</u>, filed in the Superior Court for the State of Alaska, First Judicial District at Juneau, Case No. 1JU-06-0977 CI. You are also notified that the said defendant has filed a copy of this Notice with the Clerk of the Superior Court for the First Judicial District at Juneau, and that said action has thereby been removed from the Superior Court to the United States District Court. <u>See</u> Exhibit A ("Notice of Removal to United States District Court" w/o attachments).

The grounds for removal are as follows: Diversity of citizenship. 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446. Plaintiff is a resident of the State of Alaska (Complaint at ¶ 1); Defendant is an Illinois corporation doing business in the State of Alaska.

Suit was filed by plaintiff in Alaska Superior Court, First Judicial District at Juneau, on or about September 19, 2006, alleging damages in excess of $100,000, and was served on defendant on September 21, 2006.

Based on the above, this Court has both original and removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

**NOTICE OF REMOVAL**
CLABAUGH v. SAFECO INSURANCE CO., CASE NO. 3:06-cv-_____
PAGE 2 OF 3

DATED this 10th day of October, 2006, Anchorage, Alaska.

          RICHMOND & QUINN
          Attorneys for Defendant

        By: /s/ William A. Earnhart
          William A. Earnhart
          RICHMOND & QUINN
          360 "K" Street, Suite 200
          Anchorage, Alaska 99501
          Telephone: (907) 276-5727
          Facsimile: (907)276-2953
          E-mail: earnhart@richmondquinn.com
          Alaska Bar No. 9411099

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2006, a copy of the foregoing Notice of Removal was served on the following parties by hand delivery:

Paul L. Dillon
DILLON & FINDLEY, PC
510 L Street, Suite 603
Anchorage, Alaska 99501

 /s/ William A. Earnhart
  RICHMOND & QUINN

2044\013\PLD\REMOVAL NOTICE (USDC)

**NOTICE OF REMOVAL**
CLABAUGH v. SAFECO INSURANCE CO., CASE NO. 3:06-cv-_____
PAGE 3 OF 3

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

PATRICIA A. CLABAUGH, )
)
        Plaintiff, )
)
v. )
)
SAFECO INSURANCE COMPANY OF )
ILLINOIS, )
)
        Defendant. ) Case No. 1JU-06-0977 CI
)

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

TO:      Clerk of Court
            Alaska Court System
            First Judicial District at Juneau

AND TO:  Paul L. Dillon
            DILLON & FINDLEY, PC
            510 L Street, Suite 603
            Anchorage, Alaska 99501

Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the Notice of Removal, a copy of which is attached hereto as Exhibit A, effecting the removal for all purposes of the above-captioned action, Case No. 1JU-06-0977 CI, to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, First Judicial District at Juneau, was filed by the defendant Safeco Insurance Company, on October 10, 2006, with the Clerk of the United States District Court for the District of Alaska.

Exhibit A
Page 1 of 2 Pages

DATED this 10 day of October, 2006, Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant

By: _____
William A. Earnhart
Alaska Bar No. 9411099

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by hand this 10th day of October, 2006 on:

Paul L. Dillon
DILLON & FINDLEY, PC
510 L Street, Suite 603
Anchorage, Alaska 99501

_____
RICHMOND & QUINN

2044\013\PLD\REMOVAL NOTICE (STATE CT)

NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT
CLABAUGH v. SAFECO INSURANCE CO., CASE NO. 1JU-06-0977 CI
PAGE 2 OF 2

Exhibit A
Page 2 of 2 Pages

Case 1:06-cv-00010-JWS   Document 1   Filed 10/10/06   Page 5 of 5