William A. Earnhart, ASBA 9411099
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
E-mail: wearnhart@richmondquinn.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| PATRICIA A. CLABAUGH,<br><br>        Plaintiff,<br><br>    v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>        Defendant. | <br><br><br><br><br><br><br><br>Case No. 1:06-cv-00010 JWS |

**NOTICE OF SETTLEMENT**

The above-captioned matter has been settled and the parties expect to provide a Stipulation for Dismissal within the next thirty (30) days.

DATED this 22nd day of November, 2006, Anchorage, Alaska.

           RICHMOND & QUINN
           Attorneys for Defendant

        By: /s/ William A. Earnhart
          William A. Earnhart
          RICHMOND & QUINN
          360 "K" Street, Suite 200
          Anchorage, Alaska 99501
          Telephone: (907) 276-5727
          Facsimile: (907) 276-2953
          E-mail: wearnhart@richmondquinn.com
          Alaska Bar No. 9411099

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2006, a copy of the foregoing Notice of Settlement was served by mail on the following:

Paul L. Dillon
DILLON & FINDLEY, PC
510 L Street, Suite 603
Anchorage, Alaska 99501

 /s/ William A. Earnhart
  RICHMOND & QUINN

2044\013\PLD\SETTLEMENT NOTICE

**NOTICE OF SETTLEMENT**
CLABAUGH v. SAFECO INSURANCE CO., CASE NO. 1:06-cv-00010 JWS
PAGE 2 OF 2