William A. Earnhart, ASBA 9411099
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
E-mail: wearnhart@richmondquinn.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

PATRICIA A. CLABAUGH,           )
                                )
            Plaintiff,          )
                                )
     v.                         )
                                )
SAFECO INSURANCE COMPANY OF     )
ILLINOIS,                       )
                                )
            Defendant.          )  Case No. 1:06-cv-00010 JWS
_____)

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW plaintiff and the defendant, by and through
counsel, pursuant to this court's Order of November 28, 2006,
and Federal Rule of Civil Procedure 41(a)(1), stipulate to the
dismissal of the above-captioned case with prejudice, each
side to bear its own costs and attorney fees.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DILLON & FINDLEY, PC
Attorneys for Plaintiff

DATED: December 21, 2006        By: /s/ Paul L. Dillon
                                Paul L. Dillon
                                DILLON & FINDLEY
                                350 Franklin Street
                                Juneau, Alaska 99801
                                Telephone: (907) 586-4000
                                Facsimile: (907) 586-3777
                                paul@dillonfindley.com
                                Alaska Bar No. 8006014


                                RICHMOND & QUINN
                                Attorneys for Defendant

Dated: December 21, 2006        By: /s/ William A. Earnhart
                                William A. Earnhart
                                RICHMOND & QUINN
                                360 "K" Street, Suite 200
                                Anchorage, Alaska 99501
                                Telephone: (907) 276-5727
                                Facsimile: (907)276-2953
                                E-mail:
                                wearnhart@richmondquinn.com
                                Alaska Bar No. 9411099

2044\013\PLD\DISMISS (STIP)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953